**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
BRANDON WILLIAMS,              )    NO. CV 23-2509-FMO(E)
                               )
          Plaintiff,           )
                               )
     v.                        )    JUDGMENT
                               )
WARDEN JENKINS, ET AL.,        )
                               )
          Defendants.          )
_____)
```

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: August 14, 2024.

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE